# IN THE SUPREME COURT

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

15 December 2015

| 385P15 | State v. Archimede N. Nkiam | 1. State's Motion for Temporary Stay (COA14-1164) | 1. Allowed 11/23/2015 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's Notice of Appeal Based Upon a Constitutional Question | 3. |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. |
| 387P15 | State v. Judy Hardison | 1. State's Motion for Temporary Stay (COA15-150) | 1. Allowed 11/23/2105 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 391P15 | City of Asheville, a municipal corporation v. State of North Carolina and the Metropolitan Sewerage District of Buncombe County | 1. Plt's Motion for Temporary Stay | 1. Allowed 11/25/2015 |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Plt's Notice of Appeal Based Upon a Constitutional Question | 3. |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. |
| 416P15 | State v. Nijel Ramsey Lee | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP14-351) | 1. |
| | | 2. Def's *Pro Se* Petition in the Alternative for *Writ of Habeas Corpus* | 2. Denied 12/15/2015 |
| 468P13-3 | State v. Donald Jay Young | 1. Def's *Pro Se* Motion for PDR (COAP15-745) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 497P12-3 | State v. Jay Mikal Brooks-Bey | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **Ervin, J., recused** |
| 525P13-3 | State v. Dennis O'Keith Blackwell | 1. Def's *Pro Se* Motion for Notice of Appeal | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for Collateral Review Consideration Petition Second Review of Judgment Supplementary Petition Not Challenging Conviction Only the Sentencing Phase | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as moot |